PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Doing Business as BANK OF THE MANHATTAN COMPANY, Appellant, v. MORRIS COHEN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.